GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| GAIL Y. COSGROVE | 3011-0 |

gcosgrove@goodsill.com

| | |
|---|---|
| LISA WOODS MUNGER | 3858-0 |

lmunger@goodsill.com

| | |
|---|---|
| CHRISTINE A. TERADA | 10004-0 |

cterada@goodsill.com
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SEYFARTH SHAW LLP

| | |
|---|---|
| KATHLEEN CAHILL SLAUGHT | 6363-0 |

kslaught@seyfarth.com
MICHELLE M. SCANNELL (*Pro Hac Vice*)
mscannell@seyfarth.com
ALISON H. HONG (*Pro Hac Vice*)
ahong@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94015
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SHEPPARD MULLIN RICHTER & HAMPTON LLP

MOE KESHAVARZI (*Pro Hac Vice*)
mkeshavarzi@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: (213) 617-5544
Facsimile: (213) 443-2910

Attorneys for Plaintiff/Counterclaim Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC., a foreign non-profit corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>HAWAII LIFE FLIGHT CORPORATION, a Hawaii corporation, and AIR MEDICAL RESOURCE GROUP, INC., a Utah corporation,<br><br>       Defendants.<br><br>HAWAII LIFE FLIGHT CORPORATION, a Hawaii corporation,<br><br>       Counterclaim Plaintiff,<br><br>   vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a foreign non-profit corporation,<br><br>       Counterclaim Defendant. | CIVIL NO. 16-cv-00073 ACK-KSC<br><br>CERTIFICATE OF SERVICE<br><br>[Re:  PLAINTIFF AND COUNTER-CLAIM DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S **INITIAL DISCLOSURE OF EXPERT WITNESS NATHAN BASSEEN; EXHIBITS 1 AND 2**] |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date set forth below service of a copy of PLAINTIFF AND COUNTER-CLAIM DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S **INITIAL DISCLOSURE**

2

**OF EXPERT WITNESS NATHAN BASSEEN; EXHIBITS 1 AND 2** was

made via HAND DELIVERY, addressed as follows:

>MARK J. BENNETT
>ANDREW J. LAUTENBACH
>Starn O'Toole Marcus & Fisher
>Pacific Guardian Center
>Makai Tower, Suite 1900
>733 Bishop Street
>Honolulu, HI  96813
>
>>Attorneys for Defendants/
>>Counterclaim Plaintiff
>>HAWAII LIFE FLIGHT
>>CORPORATION and
>>AIR MEDICAL RESOURCE
>>GROUP, INC.

DATED:  Honolulu, Hawai'i, November 22, 2017.

/s/ Christine A. Terada
GAIL Y. COSGROVE
LISA WOODS MUNGER
CHRISTINE A. TERADA
MOE KESHAVARZI (*Pro Hac Vice*)

Attorneys for Plaintiff/Counterclaim Defendant
KAISER FOUNDATION HEALTH PLAN, INC.